UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SPRINGBOARDS TO EDUCATION, INC., | § § § | |
| Plaintiff | § § | |
| v. | § § | Case Number 3:17-CV-00054-B |
| SCHOLASTIC BOOK FAIRS, INC., SCHOLASTIC CORPORATION, and HOUGHTON MIFFLIN HARCOURT PUBLISHING CO., | § § § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

IT IS HEREBY ORDERED THAT:

On this day, Plaintiff Springboards to Education, Inc. ("Plaintiff") and Defendants Scholastic Book Fairs, Inc., Scholastic Corporation and Houghton Mifflin Harcourt Co. (collectively, "Defendants") (and together with Plaintiff, the "Parties") filed a Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), moving to dismiss with prejudice all causes of action that were asserted in this suit. The Court, after having reviewed the Joint Motion to Dismiss with Prejudice, and noting the agreement of the Parties, has concluded that the Joint Motion to Dismiss with Prejudice should be **GRANTED**.

It is, therefore, **ORDERED** that all causes of action asserted against any party to this suit are hereby **DISMISSED WITH PREJUDICE** to refiling;

It is further **ORDERED** that all relief not expressly granted herein is denied; and

It is further **ORDERED** that all costs are taxed against the party incurring the same.

This Order is final from the date hereof.

**SIGNED** this 28th day of May, 2019.

_____
HONORABLE JUDGE PRESIDING